1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorney for Defendant
7  ILDEFONSO JIMENEZ

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  No. 2:10-MJ-00360 DAD
                                    )
11            Plaintiff,            )
                                    )  STIPULATION & ORDER FOR EXTENSION
12    v.                            )  OF TIME TO SELF SURRENDER
                                    )
13 ILDEFONSO JIMENEZ,               )
                                    )
14            Defendant.            )
                                    )
15 _____ )

16       Defendant, ILDEFONSO JIMENEZ, through counsel, hereby requests a

17 two-week extension of his self-surrender date from January 13, 2012 to

18 January 27, 2012, at 2:00 p.m.  Mr. Jimenez is sentenced to three days

19 in jail.

20       Mr. Jimenez seeks an extension of time to self-surrender because

21 defense counsel was not notified of his designation until January 10,

22 2012.  This is not sufficient time for Mr. Jimenez to make arrangements

23 for his self-surrender.  Mr. Jimenez lives in Modesto, CA, where he

24 works as a landscaper, and is scheduled to leave town on January 12,

25 2012 to travel to Corcoran, CA for work.  In the interest of keeping

26 his job, Mr. Jimenez respectfully requests this extension to allow him

27 to give timely notice to his employer.  Furthermore, Mr. Jimenez does

28                                    1

1  not drive and must arrange for transportation to his designated
2  facility in Elk Grove, CA.

3      Special Assistant United States Attorney David Petersen stipulates
4  to the Court extending the self-surrender date to January 27, 2012.
5  Mr. Jimenez requests that this Court vacate the self-surrender date of
6  January 13, 2012, and enter an Order extending the self-surrender date
7  two weeks to January 27, 2012.

8  Dated:  January 10, 2012
                                    Respectfully submitted,
9
                                         DANIEL J. BRODERICK
10                                  Federal Defender

11
                                    /s/  Linda Harter
12                                  LINDA HARTER
                                    Chief Assistant Federal Defender
13                                  Attorney for Defendant
                                    ILDEFONSO JIMENEZ
14

15                                  BENJAMIN B. WAGNER
                                    United States Attorney
16

17                                  /s/  David Petersen
                                    DAVID PETERSEN
18                                  Special AUSA

19

20      The self-surrender date of January 13, 2012 is vacated.
21  Defendant, Ildefonso Jimenez, shall surrender to the facility
22  designated by the Bureau of Prisons or to the United States Marshal
23  Service on January 27, 2012 by 2:00 p.m. **IT IS SO ORDERED.**
24  DATED: January 12, 2012.

25

26  dad1.crim
27  jimenez0360.stipord.surrender

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

28
                                    2