1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )  2:10-mj-00360-DAD
                                  )      DAD
12         Plaintiff,              )  [PROPOSED] ORDER EXTENDING
                                  )  DEFENDANT'S TERM OF COURT
13    v.                           )  PROBATION
                                  )
14 ILDEFONSO JIMENEZ,             )  DATE: September 25, 2012
                                  )  TIME: 10:00 a.m.
15         Defendant.              )  COURT: Hon. Dale A. Drozd
                                  )

17      It is hereby ordered that Defendant's term of court
18 probation, scheduled to terminate on September 28, 2012, be
19 extended for a period of six months. It is further ordered that
20 Defendant's extended term of court probation be set to terminate
21 on March 28, 2013.

22      IT IS SO ORDERED.

24 Dated: September 21, 2012

                                  _____
                                  HON. DALE A. DROZD
                                  United States Magistrate Judge

FILED
SEP 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK